# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 30, 2019

## NO. 03-19-00323-CV

**Stephen Sakonchick II, Appellant**

**v.**

**Travis County, Texas, Appellee**

## APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on April 26, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order but that there was error requiring correction. Therefore, the Court modifies the trial court's interlocutory order to delete the words "with prejudice" from the order sustaining Travis County's plea to the jurisdiction. The Court affirms the interlocutory order as modified. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.